**Order entered April 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01042-CV

## KENNETH CRAIG WELLS AND DUSTY WELLS, Appellants

## V.

## MARK CROWELL AND SUZON CROWELL, Appellees

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-20-0760**

## ORDER

On the Court's own motion, appellees' brief received by the Court on January 26, 2021 is **ORDERED** filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE